**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Charise B Whaley              Case Number: 19-27159

An appearance is hereby filed by the undersigned as attorney for:
Clark & Randolph LLC

Attorney name (type or print): Paul M. Bach

Firm: Bach Law Offices, Inc.

Street address: P.O. Box 1285

City/State/Zip: Northbrook, Illinois 60065

Bar ID Number: 06209530              Telephone Number: 847 564 0808
(See item 3 in instructions)

Email Address: paul@bachoffices.com

Are you acting as lead counsel in this case?           [✓] Yes    [ ] No
Are you acting as local counsel in this case?          [ ] Yes    [✓] No
Are you a member of the court's trial bar?             [✓] Yes    [ ] No
If this case reaches trial, will you act as the trial attorney?   [✓] Yes    [ ] No

If this is a criminal case, check your status.
        [ ] Retained Counsel
        [ ] Appointed Counsel
            If appointed counsel, are you
            [ ] Federal Defender
            [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12 12 2019

Attorney signature:    S/ Paul M. Bach
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015