Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## CHANGE OF ADDRESS – **CREDITOR**

This form cannot be used to change the name of a creditor.

In re: _____  Case Number: _____

Chapter: _____

Check which type of address change is being requested:

    Notice only      Payment only      Notice & Payment

Creditor's Name: _____

Enter related claim number(s) if any:      Dollar Amount:$

Previous Notice Address:      New Notice Address:

Previous Payment Address:      New Payment Address:

Change requested by:
(Printed name and title)
    Mailing Address

Creditor Phone Number:

Creditor Email Address:

    Signature and Date

*David Cutler*

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.