Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISON

327 S. Church Street , Room 1100, Rockford, IL 61101

<u>CHANGE OF ADDRESS</u> – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: Charise B Whaley                                  Case Number: 19-27159

                                                         Chapter: 13

Check which type of address change is being requested:

☐ Notice only           ☐ Payment only           ✔ Notice & Payment

Creditor's Name: Atlas Acquisitions LLC

Enter related claim number(s) if any: 15          Dollar Amount:$ $414.55

Previous Notice Address:                          New Notice Address:
294 Union St.                                     492C Cedar Lane, Ste 442
Hackensack, NJ 07601                              Teaneck, NJ 07666

Previous Payment Address:                         New Payment Address:
294 Union St.                                     492C Cedar Lane, Ste 442
Hackensack, NJ 07601                              Teaneck, NJ 07666

Change requested by:     Avi Schild/President
(Printed name and title)
                         Mailing Address
                         492C Cedar Lane, Ste 442
                         Teaneck, NJ 07666

Creditor Phone Number: 888.762.9889
Creditor Email Address: bk@atlasacq.com
                 Signature and Date
                 /s/Avi Schild          October 26, 2020

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19