Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION

219 S. Dearborn Street, Room 713, Chicago, IL 60604

<u>CHANGE OF ADDRESS – **CREDITOR**</u>

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: Charise B Whaley          Case Number: 19-27159

                                 Chapter: 13

Check which type of address change is being requested:

☐ Notice only          ☐ Payment only          ☑ Notice & Payment

Creditor's Name: Clark & Randolph LLC

Enter related claim number(s) if any:          Dollar Amount: $

Previous Notice Address:                       New Notice Address:
                                               Paul M. Bach
                                               P.O. Box 1285
                                               Northbrook, IL 60065

Previous Payment Address:                      New Payment Address:
C/O Real Tax Acquisition LLC                   C/O Real Tax Acquisitions LLC
6640 W. Touhy Avenue                           7400 Skokie Blvd.
Niles, Illinois 60714                          Skokie, Illinois 60077

Change requested by:     Paul M. Bach, Attorney
(Printed name and title)
                         Mailing Address
                         P.O. Box 1285, Northbrook, IL 60065
                         Paul M. Bach 06/27/2021

Creditor Phone Number:
Creditor Email Address: egarzon@realtaxllc.com
                        Signature and Date
                        Paul M. Bach 06/27/2021

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19