UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-27159
Charise B Whaley )
)  Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER MODIFYING DEBTOR'S PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to provide that commencing with the first payment due after the filing of the debtor's voluntary petition, the monthly payments shall be $733 for 26 months and $1,068 for 37 months.

2. Extend the Chapter 13 Plan term over 60 months in accordance with 11 U.S.C. §1329(d)(1).

3. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 18, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600